

**ORDERED in the Southern District of Florida on November 13, 2017.**

_____
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                    Case No. 16-26255-LMI

LUZ MARY VALDES                                          Chapter 7

                 Debtor       /

MONEYGRAM PAYMENT
SYSTEMS, INC.,                                                 ADV. CASE NO.: 17-01109-LMI

                 Plaintiff,
vs.

LUZ MARY VALDES,

                 Defendant.   /

## ORDER GRANTING AGREED MOTION TO APPROVE JOINT STIPULATION AND RELEASE

THIS CAUSE having come before the Court upon the Agreed Motion For Approval Of

Joint Stipulation and Release [ECF #39] (the "Motion"), with said Stipulation attached thereto.

Having reviewed the Motion, and noting that the movant by submitting this form of order has

represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, and having heard no objection thereto, and the Court having reviewed the Court file generally, it is hereby ORDERED AND ADJUDGED:

1.      The Motion is hereby GRANTED, and the Stipulation and compromise therein APPROVED. All parties to the Stipulation shall comply with all terms contained therein.

2.      The Debtor shall make the payments upon the terms set forth in the Stipulation for a total payment and settlement amount of $4,800.00 ("Settlement Payment").

3.      Upon entry of this Order, Plaintiff shall dismiss this Adversary Proceeding without prejudice.

4.      Within three (3) business days after full payment of the Settlement Payment, Plaintiff shall issue  the satisfaction of judgment required by the Stipulation.

5.      The Court shall retain jurisdiction to enforce all terms of the Stipulation.

### 

Submitted by:  Sonya Salkin, Esq.
               FLBN 603910
               The Salkin Law Firm
               PO Box 15580
               Plantation, FL 33318
               954-423-4469
               Sonya@msbankrupt.com

Sonya Salkin will serve a signed copy of the order on all interested parties and file a certificate of service with the Court.

#6024448 v2

2